# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129425

KATHY KOWALSKI, DAVID BARNABY,
FRED HYATTS, MAURICE CURRAN,
and LINDA CURRAN,
        Plaintiffs-Appellants,

v

CITY OF LIVONIA,
        Defendant-Appellee.
_____/

SC: 129425
COA: 255623
Wayne CC: 03-338095-CZ

On order of the Court, the application for leave to appeal the July 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WEAVER, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

_____
Clerk

d0427